IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| William Westwood, ) | |
| ) | |
|     *Plaintiff,* ) | |
|  v. ) | Case No.18-CV-3004-RM-TSH |
| ) | |
| Springfield Clinic, LLC, ) | |
| ) | |
|     *Defendant.* ) | |

**REQUEST FOR SCHEDULING CONFERENCE**

Plaintiff William Westwood respectfully requests that the Court set a Scheduling Conference in this matter, pursuant to Rule 16.2. Defendant waived service of process on January 18, 2018, and the parties conducted a Rule 26(f) Conference on July 10, 2018. The parties submitted a report of this conference and proposed discovery plan on July 31, 2018.

Plaintiff asked Defendant to join in this request. Defendant's counsel indicated that Springfield Clinic, LLC would not agree, citing as its reason Defendant's still pending motion to dismiss (filed March 2, 2018). But "there is no requirement that the discovery cease during the pendency of a motion to dismiss unless the court has ordered a stay, which it has not done in this case."[1]

In light of the above Westwood requests that the Court schedule a Rule 16 Scheduling Conference in this matter as soon as is convenient for the Court.

---

[1] *SK Hand Tool Corp. v. Dresser Indus., Inc.,* 852 F.2d 936, 945 (7th Cir. 1988). *See generally Daniel J. Hartwig Assocs., Inc. v. Kanner,* 913 F.2d 1213, 1223 (7th Cir. 1990) ("it is not proper to unilaterally forego discovery and then expect the trial court to change its trial calendar if it finds that personal jurisdiction is proper. By failing to request a stay of discovery, Kanner relied to his own detriment on an assumption that he would prevail on his motion to dismiss.").

Dated: November 5, 2018 　　　　　　　　 Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 */s/ Amanda L. Bruss*
　　　　　　　　　　　　　　　　　　　 Amanda L. Bruss
　　　　　　　　　　　　　　　　　　　 Harmon Seidman & Bruss LLC
　　　　　　　　　　　　　　　　　　　 8728 East 54th Place
　　　　　　　　　　　　　　　　　　　 Denver, CO 80238
　　　　　　　　　　　　　　　　　　　 (303) 371-6754
　　　　　　　　　　　　　　　　　　　 amanda@harmonseidman.com

　　　　　　　　　　　　　　　　　　　 Attorney for Plaintiff William Westwood

## CERTIFICATE OF SERVICE

　　I hereby certify that on November 5, 2018 I caused a true and correct copy of the foregoing to be filed via the cm/ecf system, which will serve a notice of electronic filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　 */s/ Amanda L. Bruss*
　　　　　　　　　　　　　　　　　　　 Amanda L. Bruss